JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RICO ARREDONDO, | ) Case No. 5:25-cv-01038-AS |
| Plaintiff, | ) **[PROPOSED]** |
| vs. | ) **JUDGMENT** |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: November 13, 2025            / s / Sagar
                                  HON. ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE