UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MONICA RICO ARREDONDO, | CASE NO.: **EDCV 25-01038 AS** |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of SIX THOUSAND DOLLARS and 00/cents ($6,000.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.


DATED: February 6, 2026                    _____
                                                                 / s / Sagar
                                                        HONORABLE ALKA SAGAR
                                                        UNITED STATES MAGISTRATE JUDGE

1